Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COURTNEY MICHELLE LINTON | § | CASE NO. 25-34175-SWE-13 |
| | § | |
| Debtor | § | CHAPTER 13 |
| | § | |

## MOTION FOR CONTINUATION OF AUTOMATIC STAY AFTER PRIOR DISMISSAL WITHIN YEAR OF FILING

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Debtor, Courtney Michelle Linton, pursuant to 11 U.S.C. §362(c)(3)(B), requesting an order continuing the automatic stay provided under 11 U.S.C. §362(a) as to all creditors. In support of this motion, Debtor states as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. Debtor filed the current petition for relief under Chapter 13 on October 23, 2025.

3. Within the twelve months prior to said filing date, Debtor was in an active Chapter 13 case, number 25-33152. The previous case dismissed on October 14, 2025, for failure to timely pay the Trustee payments specified in Debtor's plan.

4. The Previous case did not dismiss because the Debtor failed to file or amend the petition or other documents as required, provide adequate protection as ordered by the Court.

5. Debtor had no other cases pending within the twelve-month period prior to October 23, 2025.

6. The Debtor filed the present case in good faith. A substantial change has occurred in the Debtor's financial and personal circumstances since the dismissal of the prior case. Specifically, the Debtor failed to make the first Trustee payment in the prior case but now fully understands the importance of timely payments and is committed to compliance going forward.

7. Debtor will fully perform the terms of a confirmed plan in the pending case.

8. This motion is not made for the purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Debtor Courtney Michelle Linton, respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d).

Dated: October 30, 2025

Respectfully Submitted,

REAVES & LEE, PLLC

By: /s/Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319

        Jon M. Reaves
        State Bar No. 24137142
        Reaves & Lee, PLLC
        8701 Bedford Euless Rd, Ste 510
        Hurst, TX 76053
        469-646-8995 Phone
        469-694-1059 Fax

        ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 30, 2025, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR**:
Courtney Michelle Linton
2103 Long Forest Rd.
Heartland, Texas 75126

**STANDING CHAPTER 13 TRUSTEE**:
Tom Powers
5601 Executive Dr Ste 300
Irving, TX 75038

**U.S. TRUSTEE**
Rm. 960
1100 Commerce Street
Dallas, TX 75242

**United States Attorney General**
Main Justice Building, Rm. 5111
10th & Constitution Ave
NW Washington D.C. 20530

        By:/s/Christopher M. Lee
        Christopher M. Lee
        State Bar No. 24041319