An official website of the United States government. Here's how you know.  
Log in to PACER Systems  
Case 25-34175-swe13    Doc 9-1    Filed 10/30/25    Entered 10/30/25 17:45:33    Desc  
Exhibit PACER    Page 1 of 1



Party Search Results

**Search Criteria:** Party Search; SSN: [*****9549]
**Result Count:** 2 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Court Type | Chapter | Date Filed | Date Closed | Date Dismissed |
|---|---|---|---|---|---|---|---|---|
| Linton, Courtney Michelle (db) | 3:2025bk33152 | Courtney Michelle Linton | TEXAS NORTHERN BANKRUPTCY COURT | Bankruptcy | 13 | 08/20/2025 | | 10/14/2025 |
| Linton, Courtney M (db) | 3:2025bk33152 | Courtney Michelle Linton | TEXAS NORTHERN BANKRUPTCY COURT | Bankruptcy | 13 | 08/20/2025 | | 10/14/2025 |

| PACER Service Center | | 10/23/2025 12:55:35 |
|---|---|---|
| **User** | Chrisleelaw | |
| **Client Code** | | |
| **Description** | All Court Types Party Search | |
| | All Courts; SSN 9549; All Courts; Jurisdiction BK; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |

PACER FAQ          Privacy & Security          Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.