IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

**IN RE:**

| | |
|---|---|
| **Courtney Michelle Linton** xxx-xx-9549 2103 Long Forest Rd. Heartland, TX 75126  Debtor | Case No.: 25-34175-swe13  Chapter: 13 |
| **Doug Witt** Movant,  v.  **Courtney Michelle Linton, Debtor; and Thomas Powers, Trustee**  Respondents | |

**NOTICE OF HEARING**

YOU ARE HEREBY NOTIFIED THAT THE PRELIMINARY HEARING ON:

*MOVANT'S MOTION OF DOUG WITT FOR IN REM RELIEF FROM STAY OF ACTION AGAINST PROPERTY PURSUANT TO 11 U.S.C. § 362 DEBTOR STAY AS TO COURTNEY MICHELLE LINTON, WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO § 362(e), AND REQUEST FOR HEARING IN DALLAS, TEXAS*

WILL BE HELD ON NOVEMBER 19, 2025, AT 1:30 PM VIA WEBEX VIDEO CONFERENCE ONLY. ATTACHED BELOW IS THE DOCUMENT FOR WEBEX HEARING INSTRUCTIONS. HERE IS THE LINK TO JOIN THE WEBEX VIDEO CONFERENCE HEARING: https://us-courts.webex.com/meet/everett

Signed: November 1, 2025

                                                                 Respectfully submitted,

                                                                  /s/ L. Marc Girling
                                                                **Girling Law, PLLC**
                                                                L. Marc Girling
                                                                SBN 24074283
                                                                marc.girling@gmail.com

6340 Davis Blvd., Ste. 100<br>
North Richland Hills, TX 76180<br>
(817) 659-2033 (o)<br>
(817) 736-0065 (f)<br>
**ATTORNEY FOR MOVANT**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on October 23, 2025. Where possible, service was made electronically via the Court's ECF noticing system. Where such electronic service was not possible, service was made via certified and regular first-class mail.

| COUNSEL FOR THE DEBTOR |
|---|
| Christopher Marvin Lee<br>Reaves & Lee, PLLC<br>8701 W. Bedford Euless Road, Suite 510<br>Hurst, TX, 76053<br>469-646-8995<br>469-694-1059 (fax)<br>Email: ecf@leebankruptcy.com |

| TRUSTEE | |
|---|---|
| Thomas Powers<br>Chapter 13 Trustee<br>5601 Executive Dr.,<br>Suite 300<br>Irving, TX 75038<br>**Trustee, ECF** | Office of the United States Trustee<br>1100 Commerce St.<br>Room 976<br>Dallas, TX 75242<br>**United States Trustee, ECF** |

Respectfully submitted,

__/s/ L. Marc Girling_____<br>
L. Marc Girling

**ATTORNEY FOR MOVANT**

# WebEx Hearing Instructions
## Judge Scott W. Everett

Pursuant to General Order 2023-05 issued by the Court on September 19, 2023, hearings before Judge Scott W. Everett will be conducted pursuant to the guidelines set forth in the General Order unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link:   https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In:  1-650-479-3207;   Access code:   2304 017 9738

**Participation/Attendance Requirements:**

- Counsel and other parties-in-interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties-in-interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic-only mode may attend the hearing in the WebEx telephonic-only mode using the WebEx dial-in and access code above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings participants are required to keep their lines on mute when they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode, and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court. The Court may consider special requests for other appearance options on a case-by-case basis.

- All WebEx hearing attendees are required to comply with Judge Everett's Telephonic and Videoconference Hearing Policy (included within Judge Everett's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- In addition, for evidentiary hearings, when more than ten exhibits have been filed in ECF or when the total page count of all exhibits exceeds 500 pages, Judge Everett requests a thumb/USB drive be delivered to him prior to the hearing at: U.S. Bankruptcy Court, Attn: Stephen Manz, 1100 Commerce Street, Room 1254, Dallas, TX 75242.

- Paper copies of exhibits are not encouraged; however, paper copies may be provided to the witness(es) at an in-person hearing if preferred.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Everett's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/everett" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Everett's Dallas courtroom as the location for the hearing.

### CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING

The Court will allow participation in a virtual hearing using either of the following two methods. Please connect at least 10 minutes prior to the hearing time. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours before the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a phone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the court.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me At" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call in via phone (audio only).**

Webex dial-in number: 1-650-479-3207 (access code: 2304 017 9738).

HELPFUL HINTS AND ETIQUETTE

- Please use the mute function when you are not speaking. Please be aware that sometimes the court mutes everyone when there is background noise. When you want to speak, make sure you are not on mute. Call-in users should dial *6 to unmute your line.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so the Court can get a good record.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.

- During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.

- WebEx participants may use the "share" button to easily share their screen or document with the Court or other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the courtroom deputy.

## EXHIBITS AND DEMONSTRATIVE AIDS

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "list (witness/exhibit/generic)" OR "notice (generic)" OR "Support/Supplemental document" event in ECF.

Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

- During the hearing, lawyers can refer to (and offer) their exhibits by referencing the exhibit's docket number for the court and all to access. After the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. You should consider emailing exhibits to witnesses ahead of time since they may not have access to PACER.

- In addition for evidentiary hearings, when more than ten exhibits have been filed in ECF or when the total page count of all exhibits exceeds 500 pages, Judge Everett requests a thumb/USB drive be delivered to him prior to the hearing at: U.S. Bankruptcy Court, Attn: Stephen Manz, 1100 Commerce Street, Room 1254, Dallas, TX 75242.

- Paper copies of exhibits are not encouraged; however, paper copies may be provided to the witness(s) at an in-person hearing if preferred.

# JUDGE SCOTT W. EVERETT
# WEBEX VIDEO CONFERENCE HEARING LINK

When it's time, join the Webex meeting here:

https://us-courts.webex.com/meet/everett

Dial-in (US/Canada):  1-650-479-3207
Access code:  2304 017 9738

**Join from a video system or application**

Dial judge_scott_everett@us-courts.webex.com

You can also dial 173.243.2.68 and enter Meeting Number  23040179738

Need help? Go to http://help.webex.com