| | | |
|---|---|---|
| **Attorney General**<br>PO Box 12017<br>Austin, TX 78711 | **Attorney General of Texas**<br>Bankruptcy Section<br>400 South Zang, Ste 1100<br>Dallas, TX 75208 | **Capital Bank N.A.**<br>2275 Research Blvd. Ste 600<br>Rockville, MD 20850 |
| **Cornerstone**<br>Po Box 82561<br>Lincoln, NE 68501 | **Credit One Bank**<br>PO Box 98872<br>Las Vegas, NV 89193 | **Douglas Witt**<br>6224 Memorial Dr.<br>Frisco, TX 75034 |
| **Fst Premier**<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | **Internal Revenue Service**<br>IRS - SBSE Insolvency Area 10<br>1100 Commerce St., MC 5026 DAL<br>Dallas, TX 75242 | **Internal Revenue Service**<br>Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 |
| **Internal Revenue Service**<br>Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Revenue Accounting Div Bankruptcy<br>PO Box 13528<br>Austin, TX 78711 | **Internal Revenue Service**<br>Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101 |
| **Justice of the Peace, Pct 4**<br>Kaufman County, Texas<br>PO Box 729<br>Kaufman, TX 75142 | **Justice of The Peace, Precinct 4, Kaufman County, Texas**<br>PO Box 729<br>Kaufman, TX 75142 | **Linebarger Goggan Blair et al**<br>2323 Bryan 1600<br>Dallas, TX 75201 |
| **Linebarger Goggan Blair et al**<br>2777 N Stemmons Freeway 1100<br>Dallas, TX 75207 | **Linebarger, Goggan, Blair & Sampson, LLC**<br>2777 N. Stemmons Fwy., Suite 1000<br>Dallas, TX 75207 | **Linebarger, Goggan, Blair & Sampson, LLC**<br>2777 N. Stemmons Freeway 1000<br>Dallas, TX 75207 |
| **Reaves & Lee, PLLC**<br>4228 North Central Expressway 340<br>Dallas, TX 75206 | **Receivable Management Services. LLC**<br>Attn: Bankruptcy<br>240 Emery Street<br>Bethlehem, PA 18015 | **Santander Bank, N.A.**; as servicer for Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356 |
| **State Comptroller**<br>Revenue Accounting Div Bankruptcy<br>PO Box 13528<br>Ecleto, TX 78111 | **State Comptroller**<br>Revenue Accounting Div Bankruptcy<br>PO Box 13528<br>Austin, TX 78711 | **Sunbit Financial**<br>Sunbit, Inc., Attn: Bankruptcy PO Box 24010<br>Los Angeles, CA 90024 |
| **Texas Alcohol Beverage Commission**<br>Licenses & Permits Divsion<br>PO Box 13127<br>Austin, TX 78711 | **Texas Alcohol Beverage Commission**<br>Licenses & Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | **Texas Alcohol Beverage Commission**<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 |
| **Texas Comptroller of Public Accounts**<br>PO Box 13528<br>Austin, TX 78711 | **Texas Employment Commission**<br>TEC Building - Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778 | **Texas Employment Commission**<br>TEC Building - Bankruptcy<br>101 E. 15th St.<br>Austin, TX 78778 |

United States Attorney - North
1100 Commerce St., Third Floor
Dallas, TX 75242

United States Attorney General
Main Justice Building
10th and Constitution Ave 5111
Washington, DC 20530

United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242

United States Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242

Vance & Huffman Llc
Attn: Bankruptcy
55 Monette Pkwy, Ste 100
Smithfield, VA 23430

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Linton, Courtney Michelle**                CASE NO 25-34175-13

CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **11/06/2025**      Signature      **/s/ Courtney Michelle Linton**
                                                              Courtney Michelle Linton, Debtor