**Mesquite Independent School District**                                                         Advice Amount: $4,641.21

| EMP NO | EMPLOYEE NAME | DEPT. | ADVICE DATE | PERIOD ENDING | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|
| 40814 | COURTNEY LINTON | 005 | 09/26/2025 | 09/14/2025 | MONTHLY | 6486222 |

| EARNINGS | | | | |
|---|---|---|---|---|
| EARNINGS | RATE | DAYS/HRS. | CURRENT | YTD |
| CSAL | | | $6,497.30 | $12,994.60 |
| MPAYMONTH | | | $125.00 | $250.00 |
| COAC | | | $416.67 | $833.34 |
| XPAY | | | $300.00 | $300.00 |
| GAME | | | | $250.00 |
| TOTALS | | | $7,338.97 | $14,627.94 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| TRU -UNSHEL | $47.70 | $95.08 |
| MASA | $12.00 | $12.00 |
| ACCIDENT | $3.63 | $3.63 |
| TOTALS | $2,697.76 | $4,524.62 |

| DEDUCTIONS | | |
|---|---|---|
| DEDUCTIONS | CURRENT | YTD |
| MEDICARE | $90.50 | $196.19 |
| HLTH INS SH | $738.82 | $738.82 |
| RECURO | $10.00 | $10.00 |
| DNTL INS SH | $72.25 | $72.25 |
| VIS INS SHEL | $21.76 | $21.76 |
| FSA | $250.00 | $250.00 |
| HOSP INDM SH | $4.51 | $4.51 |
| FWT | $841.12 | $1,913.57 |
| TRS-SHELT | $605.47 | $1,206.81 |

| DIRECT DEPOSIT | | |
|---|---|---|
| DEPOSITS | CURRENT | YTD |
| DDEP | $4,641.21 | $10,103.32 |

| WITHHOLDING ALLOWANCES | | | |
|---|---|---|---|
| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
| Federal | S | 0 | $300.00 |
| State | | 0 | |

| ADVICE TOTALS | | |
|---|---|---|
| TYPE | CURRENT | YTD |
| Taxable Pay | $5,636.16 | $12,323.79 |
| Gross Pay | $7,338.97 | $14,627.94 |
| Deductions | $2,697.76 | $4,524.62 |
| Net Pay | $4,641.21 | $10,103.32 |

☒ **BY LAW ALL EMPLOYEES MAY CONTRIBUTE TO A 403(B) ACCOUNT**



**Mesquite Independent School District**
3819 Towne Crossing Blvd
Mesquite, Texas 75150
Payroll Fund

**Forwarding Service Requested**

6486222         005
COURTNEY MICHELLE LINTON
2103 LONG FOREST RD
FORNEY, TX  75126

**Mesquite Independent School District**  **Advice Amount: $4,432.81**

| EMP NO | EMPLOYEE NAME | DEPT. | ADVICE DATE | PERIOD ENDING | TYPE | ADVICE NO. |
|---|---|---|---|---|---|---|
| 40814 | COURTNEY LINTON | 005 | 10/27/2025 | 10/12/2025 | MONTHLY | 6495138 |

| EARNINGS | RATE | DAYS/HRS. | CURRENT | YTD |
|---|---|---|---|---|
| CSAL | | | $6,497.30 | $19,491.90 |
| MPAYMONTH | | | $125.00 | $375.00 |
| COAC | | | $416.67 | $1,250.01 |
| XPAY | | | | $300.00 |
| GAME | | | | $250.00 |
| TOTALS | | | $7,038.97 | $21,666.91 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| MEDICARE | $86.15 | $282.34 |
| HLTH INS SH | $738.82 | $1,477.64 |
| RECURO | $10.00 | $20.00 |
| DNTL INS SH | $72.25 | $144.50 |
| VIS INS SHEL | $21.76 | $43.52 |
| FSA | $250.00 | $500.00 |
| HOSP INDM SH | $4.51 | $9.02 |
| FWT | $780.57 | $2,694.14 |
| TRS-SHELT | $580.72 | $1,787.53 |
| TRU -UNSHEL | $45.75 | $140.83 |
| MASA | $12.00 | $24.00 |
| ACCIDENT | $3.63 | $7.26 |
| TOTALS | $2,606.16 | $7,130.78 |

| DIRECT DEPOSIT DEPOSITS | CURRENT | YTD |
|---|---|---|
| DDEP | $4,432.81 | $14,536.13 |

| WITHHOLDING ALLOWANCES | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
|---|---|---|---|
| Federal | S | 0 | $300.00 |
| State | | 0 | |

| ADVICE TOTALS TYPE | CURRENT | YTD |
|---|---|---|
| Taxable Pay | $5,360.91 | $17,684.70 |
| Gross Pay | $7,038.97 | $21,666.91 |
| Deductions | $2,606.16 | $7,130.78 |
| Net Pay | $4,432.81 | $14,536.13 |

✉ **BY LAW ALL EMPLOYEES MAY CONTRIBUTE TO A 403(B) ACCOUNT**



**Mesquite Independent School District**
3819 Towne Crossing Blvd
Mesquite, Texas 75150
Payroll Fund

**Forwarding Service Requested**

6495138            005
COURTNEY MICHELLE LINTON
2103 LONG FOREST RD
FORNEY, TX  75126