Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Courtney Michelle Linton | § | Case No.: 25-34175-swe-13 |
| | § § | |
| Debtor(s) | § § | Chapter 13 |
| | § § | |
| Doug Witt | § § § | |
| Movant, | § § § | |
| Courtney Michelle Linton | § § | |
| Respondent(s) | § § § | Hearing Date:   November 11, 2025<br>Hearing Time:   1:30 p.m. |

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY DOUG WITT

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW **Courtney Michelle Linton** (hereinafter referred to as "Debtor" whether singular or plural) and files this Debtor's Response to the Motion for Relief from Stay (hereinafter referred to as the "Motion") filed by **Doug Witt,** (hereinafter referred to as "Movant"), and would respectfully show the Court as follows:

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY - Page 1 of 4**

## SPECIFIC ADMISSIONS

1. Debtor admits the allegations contained in Section II paragraphs 3, 5, and 6 of Movant's Motion.

## SPECIFIC DENIALS

2. Debtor denies the allegations contained in Section III, subsection A, paragraphs 1, 2, 4, 5, 6, 7, and 8 of Movant's Motion.

## EFFECT OF QUALIFIED DENIAL OR LACK OF ADMISSION

3. Debtor neither admits nor denies the allegations contained in Section III, subsection A, paragraphs 3 of Movant's Motion having insufficient knowledge or information to do so, and therefore, makes a qualified denial of the allegations demanding strict proof thereof.

4. Debtor admits the allegations contained in Section II, paragraph 4 insofar as it alleges Debtor remains in possession of the subject property and denies the remainder of the allegations contained therein.

## ELEMENT OF DEBTOR'S DEFENSE

5. There exists cause justifying the denial of Movant's Motion and requested action for the following reasons:

 A. The property is necessary for the effective reorganization of the Debtor because it is the Debtor's residence.

 B. Movant has been, or will be, afforded adequate protection for the following reasons:

 1. Debtor would show the Court that any default may be cured within a reasonable time by payment.

## RIGHT TO AMEND OR SUPPLEMENT RESERVED

6. Debtor reserves the right to amend or supplement this Answer with additional information supported by Debtor's evidence, affidavit and/or amended answer.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Debtor prays that a hearing be set in the instant matter, that Movant's Motion be denied in all respects and that the automatic stay pursuant to §362 of the United States Bankruptcy Code remain in full force and effect, and for such other and further relief to which the Debtor may show themself entitled.

Dated: November 14, 2025

    Respectfully submitted,

    REAVES & LEE, PLLC

    By: /s/Christopher M. Lee
    Christopher M. Lee
    State Bar No. 24041319
    Jon M. Reaves
    State Bar No. 24137142
    Reaves & Lee, PLLC
    8701 Bedford Euless Rd, Ste 510
    Hurst, TX 76053
    469-646-8995 Phone
    469-694-1059 Fax
    ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2025, a true and correct copy of the foregoing Response to Motion For Relief From Stay was served on the following parties in interest by first class mail or electronic notice:

**CHAPTER 13 TRUSTEE**
Tom Powers
105 Decker Court, Suite 1150
Irving, TX   75062

**U.S. TRUSTEE**
Office of the United States Trustee
1100 Commerce, Room 976
Dallas, TX 75242

**DEBTOR**
Courtney Michelle Linton
2103 Long Forest Rd.
Heartland, Texas 75126

**OPPOSING COUNSEL**
L. Marc Girling
6833 Coit Rd., Suite 107
Plano, TX 75024

                                                  By: /s/ Christopher M. Lee
                                                  Christopher M. Lee
                                                  State Bar No. 24041319
                                                  ATTORNEY FOR DEBTOR