

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

_____
**United States Bankruptcy Judge**

**Signed November 24, 2025**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

**IN RE:**

| | |
|---|---|
| **Courtney Michelle Linton**<br>xxx-xx-9549<br>2103 Long Forest Rd.<br>Heartland, TX 75126<br><br>Debtor | **Case No.:**   25-34175-swe13<br><br>**Chapter:**   13 |
| **Doug Witt**<br>Movant,<br><br>v.<br><br>**Courtney Michelle Linton, Debtor; and Thomas Powers, Trustee**<br><br>Respondents | |

**ORDER GRANTING DOUG WITT'S MOTION TO LIFT STAY AND FOR IN REM RELIEF PURSUANT TO 11 U.S.C. § 362 DEBTOR STAY AS TO COURTNEY MICHELLE LINTON, WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO § 362(e) AND REQUEST FOR HEARING IN DALLAS, TEXAS**

_____

On this day came on for consideration the DOUG WITT's MOTION TO LIFT STAY AND FOR IN REM RELIEF PURSUANT TO 11 U.S.C. § 362 DEBTOR STAY AS TO COURTNEY MICHELLE LINTON, WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO § 362(e), AND REQUEST FOR HEARING IN DALLAS, TEXAS (the "Motion") filed by Doug Witt (the "Movant") in the above-referenced case.

The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen-day negative notice language, pursuant to Local Bankruptcy Rule 4001, which directed any party opposed to granting of the relief sought by the Motion to file a written response within fourteen (14) days or the Motion would be deemed by the Court to be unopposed.

IT IS, THEREFORE, ORDERED that:

1. **Automatic Stay**: the Stay afforded by 11 U.S.C. §362 is terminated for the purpose of allowing Doug Witt to exercise his rights with respect to proceeding with a forcible detainer suit against all Debtors.

2. **Subject Property**: The real property that is the subject of this Order is located at 2103 Long Forest Rd., Heartland, TX 75126

3. **In Rem Order**: Good cause exists for this Court to find the Movant is entitled to relief from the Automatic stay on future bankruptcy filings pursuant to 11 U.S.C. §§362(d)(1)&(d)(2).

**THIS RECORDED ORDER, ALONE, EVIDENCES THAT NO AUTOMATIC STAYS ARISING FROM FUTURE BANKRUPTCY FILINGS BY THE DEBTOR IN THIS MATTER OR BY OTHER OCCUPANTS OF 2103 LONG FOREST RD., HEARTLAND, TX 75126 AT THE TIME OF THE ENTRY OF THIS ORDER SHALL APPLY FOR A PERIOD OF TWO YEARS TO FUTURE BANKRUPTCY FILINGS IN WHICH THE ABOVE-REFERENCED REAL PROPERTY IS PART OF SAID FUTURE FILINGS' BANKRUPTCY ESTATES.**

.
**IT IS SO ORDERED.**

### END OF ORDER ###