

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 25, 2025**

_____
**United States Bankruptcy Judge**

_____

BTXN 161 (rev. 01/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Courtney Michelle Linton § Case No.: 25−34175−swe13
 § Chapter No.: 13
Debtor(s) §

## ORDER VACATING ORDER

The Court, after review of the docket in the above entitled and numbered proceeding, finds that an Order Granting Motion for Relief From Stay was entered on 11/25/2025 in error; therefore it is

ORDERED that the above referenced order be and is hereby vacated.

# # # End of Order # # #