BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| | |
|---|---|
| 1. ORDER REQUEST: [X] AUDIO  [ ] TRANSCRIPT | 2. DATE OF ORDER: 11/25/2025 |
| 3. NAME: Reaves & Lee | 4. PHONE NUMBER: 469-646-8995 / 5. EMAIL ADDRESS: Jreaves@reaveslee.com |
| 6. MAILING ADDRESS: 8701 Bedford Euless Rd | 7. CITY: Hurst / 8. STATE: TX / 9. ZIP CODE: 76053 |
| 10. CASE NUMBER: 25-34175 | 11. CASE NAME: Courtney Linton / 12. JUDICIAL OFFICIAL: Judge Scott W. Everett / 13. DATE OF PROCEEDING: FROM: 11/19/2025 |

14. ORDER:

A.
- [ ] ORDINARY
- [ ] 7 DAY EXPEDITED
- [ ] DAILY
- [ ] HOURLY
- [ ] 14 DAY EXPEDITED
- [XXX] 3 DAY EXPEDITED

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

PORTION(S)
- [XXX] Entire Hearing
- [ ] Court Ruling
- [ ] Witness Testimony
- [ ] Other: (Specify)

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE: /s/
17. DATE: 12/2/2025