Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**IN RE:**                                           **CASE NO:  25-34175-SWE-13**
**COURTNEY MICHELLE LINTON**
      **DEBTOR**

---

### TRUSTEE'S OBJECTION TO CONFIRMATION

---

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The Trustee asserts that the Plan does not meet the requirements of 11 U.S.C. §1325(a)(6), which is known as the "feasibility test."

- Debtor is delinquent on Plan payments.
- The Trustee requests proof of second job income as a volleyball club director.

Debtor(s) Plan provides for attorney fees exceeding standard amount and a Notice of Additional Fees and Rule 2016 Disclosure has not been filed.

The Trustee requests a stipulation on the confirmation order that Debtor agrees to have special counsel for employment dispute and landlord dispute hired in the bankruptcy. The Debtor understands she cannot settle these matters without getting court approval.
The Trustee requests an amended plan to show the arrears on the rent being paid direct at $611 per month for 18 months.
Debtor has not provided a wage directive.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

Respectfully submitted,
THOMAS D. POWERS, CHAPTER 13 TRUSTEE

By: /s/ Tara Tankersley

**Trustee's Objection To Confirmation, Page 2**
**Case # 25-34175-SWE-13**
**COURTNEY MICHELLE LINTON**

Tara Tankersley
State Bar No. 19636900
Attorney For Tom Powers
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200
Fax: (214) 965-0758

**Trustee's Objection To Confirmation, Page 3**
**Case # 25-34175-SWE-13**
**COURTNEY MICHELLE LINTON**


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service .


Debtor:      COURTNEY MICHELLE LINTON, 2103 LONG FOREST RD, FORNEY, TX  75126

Attorney:    REAVES AND LEE PLLC, 4228 NORTH CENTRAL EXPRESSWAY 340, DALLAS, TX  75206

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.


Dated:  December 04, 2025

By:  /s/ Tara Tankersley