# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

**IN RE:**                                                                 **CASE NO:** 25-34175-SWE-13
**COURTNEY MICHELLE LINTON**
        **DEBTOR**

## REPORT OF (ADJOURNED) SECTION 341 MEETING

**General Case Information**

| Case Information: | **Hearing Information:** | | **Payment Information:** | |
|---|---|---|---|---|
| | 341 Meeting Date: | 12/04/2025 | Plan Base Amount: | $63,000.00 |
| | Days from Petition: | 42 days | Plan Term: | 60 months |
| | Original 341 scheduled: | 12/04/2025 | Current Monthly Payment: | $1,050.00 |
| | Confirmation Hearing set: | 1/15/2026 | First Payment Due: | Nov 22, 2025 |
| | No Show/ID NOI Sent: | | Amount Paid to Trustee: | $0.00 |
| | NOI for 1st Pymt Sent: | | | |

**Meeting Information:**

Debtor(s) Appeared?   Dr 1 [x] Yes  [ ] No    Dr 2 [ ] Yes  [ ] No
ID Checked:   [x] Dr 1  [ ] Dr 2
SSN Checked:   [x] Dr 1  [ ] Dr 2

Debtor(s) Attorney / Paralegal Appeared?   [x]
Pro Se   [ ]
Creditor Appeared?   [ ] Yes   [x] No
Doug Witt                                   creditor

**Hearing Status:**

341 Meeting Concluded:   [x] Yes  [ ] No
[ ] Debtor unable to connect to Zoom meeting
Debtor was asked the standard questions:   [x] Yes  [ ] No

[x] Yes   [ ] No  Debtor confirmed that all the information contained on the Petition, Schedules, Statement of Financial Affairs, and CMI form was true and correct and needed no changes or additions to make them true and complete.

**Notice of Intent to Dismiss Information:**

[ ] Failure to Appear:   [ ] Dr 1  [ ] Dr 2         [ ] Photo ID:  [ ] Dr 1  [ ] Dr 2
[ ] Wage Directive Info:  [ ] Dr 1  [ ] Dr 2        [ ] SSN Card:  [ ] Dr 1  [ ] Dr 2
[ ] Tax Returns:  [ ] Dr 1  [ ] Dr 2         [ ] Paystubs:  [ ] Dr 1  [ ] Dr 2
[ ] Other:

**Legal Action Needed:**

[ ] Trustee's Motion to Transfer Venue Needed:
[ ] Serial Filer:
[ ] Other:

**Confirmation Issues**

**Best Interest:**   Exemptions:  [x] Federal   [ ] State - Texas   [ ] State - Other:
Exceeds $189,050.00   [ ] Yes   [ ] No   [x] n/a

REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 2
Case # 25-34175-SWE-13
COURTNEY MICHELLE LINTON

|  |  |
|---|---|
|  | Value (equity) of non-exempt property (provide detail below): $0.00<br>Total Value of Assets listed as Exempt on Schedule C:  $ $66,788.40<br>Improper Exemption: ☐ Yes  ☒ No   Explain:<br>Fraudulent Transfer: ☐ Yes  ☒ No   Explain: |
| Feasibility: | ☐ Yes  ☒ No<br>☒ **Objection to Confirmation needed for the following reason:**<br>   ☒ Debtor is delinquent on Plan Payments.<br>   ☒ Other: The Trustee requests proof of second job income as a volleyball club director. |
| Disposable Income: | **Below Median Income**<br>Debtor's Projected Monthly Disposable Income:  $1,062.00  x  ACP: 36 = $38,232.00<br>☐ Case filed Below Median and should be Above Median |
| Good Faith:<br>(Petition & Plan Issues:) | ☒ Yes  ☐ No<br><br>☒ Yes  ☐ No<br><br>☒ **Objection to Confirmation needed for the following reason:**<br>   ☐ Insufficient Plan.<br>   ☒ Other: Debtor(s) Plan provides for attorney fees exceeding standard amount and a Notice of Additional Fees and Rule 2016 Disclosure has not been filed. |
| Domestic Support Obligation (DSO:) | Is Debtor current on Post Petition DSO?  ☐ Yes  ☐ No  ☒ N/A |
| Tax Returns: | Filed previous 4 years ☒ Yes  ☐ No |
| Business Case: | Is this a Business Case?  ☐ Yes  ☒ No   Level: |
| Civil Enforcement: | ☐ Petition Preparer was involved    ☐ Debtor attorney fees exceed "Standard fee" |
| 521(a)(1) Information has been filed: | ☒ List of Creditors               ☒ Statement of Financial Affairs<br>☒ CMI Statement                   ☒ Dr 1 60 Days Payment Advices<br>☒ Schedules A,B,C,D,E,F,G and H   ☐ Dr 2 60 Days Payment Advices<br>☒ Schedules I and J |
| Eligibility: | Certificate of Credit Counseling within 180 days on file  ☒ Yes  ☐ No<br>Provider of Credit Counseling is approved                 ☒ Yes  ☐ No<br>Debt limit exceeds maximum (S $1,580,125  U $526,700) ☐ Yes ☒ No |
| Required for Confirmation: | ☒ Other reason(s) for Objection to Confirmation:<br>   The Trustee requests a stipulation on the confirmation order that Debtor agrees to have special counsel for employment dispute and landlord dispute hired in the bankruptcy. The Debtor understands she cannot settle these matters without getting court approval.<br>☒ Additional document(s) required for Confirmation:<br>   ☒ Need Wage Directive<br>   The Trustee requests an amended plan to show the arrears on the rent being paid direct at $611 per |

**REPORT OF (ADJOURNED) SECTION 341 MEETING, Page 3**
**Case # 25-34175-SWE-13**
**COURTNEY MICHELLE LINTON**

| | | |
|---|---|---|
| | month for 18 months. | |
| Presiding Officer Information: | The 341 meeting was heard on:  12/4/2025 | By: /s/  Tara Tankersley_____<br>Office of the Standing Chapter 13 Trustee |