| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 25-34175-swe13<br>Northern District of Texas<br>Dallas<br>Wed Dec 17 14:53:31 CST 2025 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Attorney General<br>PO Box 12017<br>Austin, TX 78711-2017 |
| Attorney General of Texas<br>Bankruptcy Section<br>400 South Zang, Ste 1100<br>Dallas, TX 75208-6646 | Capital Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Capital Bank N.A.<br>2275 Research Blvd. Ste 600<br>Rockville, MD 20850-6238 |
| Cornerstone<br>Po Box 82561<br>Lincoln, NE 68501-2561 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | Douglas Witt<br>6224 Memorial Dr.<br>Frisco, TX 75034-7267 |
| Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Internal Revenue Service<br>IRS - SBSE Insolvency Area 10<br>1100 Commerce St., MC 5026 DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Revenue Accounting Div Bankruptcy<br>PO Box 13528<br>Austin, TX 78711-3528 | Justice of The Peace, Precinct 4, Kaufman Co<br>PO Box 729<br>Kaufman, TX 75142-0729 |
| Justice of the Peace, Pct 4<br>Kaufman County, Texas<br>PO Box 729<br>Kaufman, TX 75142-0729 | LVNV Funding LLC c/o<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Linebarger Goggan Blair et al<br>2323 Bryan 1600<br>Dallas, TX 75201-2637 | Linebarger Goggan Blair et al<br>2777 N Stemmons Freeway 1100<br>Dallas, TX 75207-2513 | Linebarger, Goggan, Blair & Sampson, LLC<br>2777 N. Stemmons Freeway 1000<br>Dallas, TX 75207-2328 |
| Linebarger, Goggan, Blair & Sampson, LLC<br>2777 N. Stemmons Fwy., Suite 1000<br>Dallas, TX 75207-2328 | Reaves & Lee, PLLC<br>4228 North Central Expressway 340<br>Dallas, TX 75206-6547 | Receivable Management Services. LLC<br>Attn: Bankruptcy<br>240 Emery Street<br>Bethlehem, PA 18015-1980 |
| Santander Bank, N.A.; as<br>servicer for Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Scolopax, LLC<br>C/O Weinstein & Riley, P.S.<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602-1196 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| State Comptroller<br>Revenue Accounting Div Bankruptcy<br>PO Box 13528<br>Ecleto, TX 78111 | Sunbit Financial<br>Sunbit, Inc., Attn: Bankruptcy PO Box 24<br>Los Angeles, CA 90078-0024 | Texas Alcohol Beverage Commission<br>Licenses & Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 |

| | | |
|---|---|---|
| Texas Alcohol Beverage Commission<br>Licenses & Permits Divsion<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Employment Commission<br>TEC Building - Bankruptcy<br>101 E. 15th St.<br>Austin, TX 78778-0001 | United States Attorney - North<br>1100 Commerce St., Third Floor<br>Dallas, TX 75242-1001 |
| United States Attorney General<br>Main Justice Building<br>10th and Constitution Ave 5111<br>Washington, DC 20530-0001 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustee<br>1100 Commerce St., Room 9C60<br>Dallas, TX 75242-9998 |
| Vance & Huffman Llc<br>Attn: Bankruptcy<br>55 Monette Pkwy, Ste 100<br>Smithfield, VA 23430-2577 | Christopher Marvin Lee<br>Reaves & Lee, PLLC<br>8701 W. Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053-3874 | Courtney Michelle Linton<br>2103 Long Forest Rd.<br>Forney, TX 75126-4799 |
| Doug Witt<br>6224 Memorial Dr.<br>Frisco, TX 75034-7267 | Thomas Powers<br>5601 Executive Dr.<br>Suite 300<br>Irving, TX 75038-2803 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | State Comptroller<br>Revenue Accounting Div Bankruptcy<br>PO Box 13528<br>Austin, TX 78711 | (d)Texas Comptroller of Public Accounts<br>PO Box 13528<br>Austin, TX 78711 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Texas Alcohol Beverage Commission<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | (d)Texas Employment Commission<br>TEC Building - Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| (d)United States Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX 75242-0996 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     4<br>Total                  44 | |