Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200 / (214) 965-0756  (Fax)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO:** 25-34175-SWE-13 |
| COURTNEY MICHELLE LINTON | |
| DEBTOR | |

### NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF INTENT TO DISMISS CASE FOR FAILURE TO MAKE THE FIRST PAYMENT DUE TO THE TRUSTEE

The Trustee hereby **WITHDRAWS** the **Trustee's Notice of Intent to Dismiss Case filed on 12/05/2025**, without prejudice to refiling the same.

Respectfully submitted,

/s/ Thomas D. Powers
State Bar No. 16218700