```
Label Matrix for local noticing          1100 Commerce Street                      Attorney General
0539-3                                   Room 1254                                 PO Box 12017
Case 25-34175-swe13                      Dallas, TX 75242-1305                     Austin, TX 78711-2017
Northern District of Texas
Dallas
Thu Dec 18 14:33:16 CST 2025

Attorney General of Texas                Capital Bank                              Capital Bank N.A.
Bankruptcy Section                       Resurgent Capital Services                2275 Research Blvd. Ste 600
400 South Zang, Ste 1100                 PO Box 10368                              Rockville, MD 20850-6238
Dallas, TX 75208-6646                    Greenville, SC 29603-0368


Cornerstone                              Credit One Bank                           Douglas Witt
Po Box 82561                             PO Box 98872                              6224 Memorial Dr.
Lincoln, NE 68501-2561                   Las Vegas, NV 89193-8872                  Frisco, TX 75034-7267


Fst Premier                              Internal Revenue Service                  (p)INTERNAL REVENUE SERVICE
3820 N Louise Ave                        IRS - SBSE Insolvency Area 10             CENTRALIZED INSOLVENCY OPERATIONS
Sioux Falls, SD 57107-0145               1100 Commerce St., MC 5026 DAL            PO BOX 7346
                                         Dallas, TX 75242-1100                     PHILADELPHIA PA 19101-7346


Internal Revenue Service                 Internal Revenue Service                  Justice of The Peace, Precinct 4, Kaufman Co
Insolvency                               Revenue Accounting Div Bankruptcy         PO Box 729
PO Box 7346                              PO Box 13528                              Kaufman, TX 75142-0729
Philadelphia, PA 19101-7346              Austin, TX 78711-3528


Justice of the Peace, Pct 4              LVNV Funding LLC c/o                      LVNV Funding, LLC
Kaufman County, Texas                    Resurgent Capital Services                Resurgent Capital Services
PO Box 729                               PO Box 10587                              PO Box 10587
Kaufman, TX 75142-0729                   Greenville, SC 29603-0587                 Greenville, SC 29603-0587


Linebarger Goggan Blair et al            Linebarger Goggan Blair et al             Linebarger, Goggan, Blair & Sampson, LLC
2323 Bryan 1600                          2777 N Stemmons Freeway 1100              2777 N. Stemmons Freeway 1000
Dallas, TX 75201-2637                    Dallas, TX 75207-2513                     Dallas, TX 75207-2328


Linebarger, Goggan, Blair & Sampson, LLC Reaves & Lee, PLLC                        Receivable Management Services. LLC
2777 N. Stemmons Fwy., Suite 1000        4228 North Central Expressway 340         Attn: Bankruptcy
Dallas, TX 75207-2328                    Dallas, TX 75206-6547                     240 Emery Street
                                                                                   Bethlehem, PA 18015-1980


Santander Bank, N.A.; as                 Scolopax, LLC                             (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
servicer for Santander Consumer USA Inc. C/O Weinstein & Riley, P.S.               REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
P.O. Box 560284                          749 GATEWAY, SUITE G-601                  PO BOX 13528
Dallas, TX 75356-0284                    ABILENE, TX 79602-1196                    AUSTIN TX 78711-3528


State Comptroller                        Sunbit Financial                          Texas Alcohol Beverage Commission
Revenue Accounting Div Bankruptcy        Sunbit, Inc., Attn: Bankruptcy PO Box 24  Licenses & Permits Division
PO Box 13528                             Los Angeles, CA 90078-0024                PO Box 13127
Ecleto, TX 78111                                                                   Austin, TX 78711-3127
```

| | | |
|---|---|---|
| Texas Alcohol Beverage Commission<br>Licenses & Permits Divsion<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Employment Commission<br>TEC Building - Bankruptcy<br>101 E. 15th St.<br>Austin, TX 78778-0001 | United States Attorney - North<br>1100 Commerce St., Third Floor<br>Dallas, TX 75242-1001 |
| United States Attorney General<br>Main Justice Building<br>10th and Constitution Ave 5111<br>Washington, DC 20530-0001 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustee<br>1100 Commerce St., Room 9C60<br>Dallas, TX 75242-9998 |
| Vance & Huffman Llc<br>Attn: Bankruptcy<br>55 Monette Pkwy, Ste 100<br>Smithfield, VA 23430-2577 | Christopher Marvin Lee<br>Reaves & Lee, PLLC<br>8701 W. Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053-3874 | Courtney Michelle Linton<br>2103 Long Forest Rd.<br>Forney, TX 75126-4799 |
| Doug Witt<br>6224 Memorial Dr.<br>Frisco, TX 75034-7267 | Thomas Powers<br>5601 Executive Dr.<br>Suite 300<br>Irving, TX 75038-2803 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | State Comptroller<br>Revenue Accounting Div Bankruptcy<br>PO Box 13528<br>Austin, TX 78711 | (d)Texas Comptroller of Public Accounts<br>PO Box 13528<br>Austin, TX 78711 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Texas Alcohol Beverage Commission<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | (d)Texas Employment Commission<br>TEC Building - Bankruptcy<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| (d)United States Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX 75242-0996 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     4<br>Total                  44 | |