OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:                                                        Case No:   **25-34175-SWE-13**
**COURTNEY MICHELLE LINTON**
       **Debtor**

## OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

The Standing Chapter 13 Trustee herein files this Objection to Confirmation to the Plan filed by Debtor and respectful shows the Court as follows:

1. The Debtor may not be able to make all payments under the Plan. Therefore, the Plan may not be feasible per 11 U.S.C. Section 1325(a)(6). The Debtor is delinquent **$1,050.00**. Plan payments are currently $1,050.00.

2. This Objection to Confirmation is supplemental to any other that may have been filed by the Standing Chapter 13 Trustee in this case.

Respectfully submitted,

By: /s/ Thomas D. Powers _____

Thomas D. Powers, Trustee
State Bar No. 16218700
Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been served by me on 1/5/2026, on the parties listed below by United States First Class Mail or via electronic mail:

Debtor:   COURTNEY MICHELLE LINTON, 2103 LONG FOREST RD, FORNEY, TX  75126

Attorney:   REAVES AND LEE PLLC, 4228 NORTH CENTRAL EXPRESSWAY 340, DALLAS, TX  75206

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200


Dated: _____01/05/2026_____          By:   /s/ Thomas D. Powers
                                               _____
                                               Thomas D. Powers