Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| **COURTNEY MICHELLE LINTON** | § | Case No.: 25-34175-swe-13 |
| Debtor(s) | § § § | Chapter 13 |
| **DOUG WITT** | § § § § | |
| Movant, | § § | |
| **COURTNEY MICHELLE LINTON** | § § | |
| Respondent(s) | § § § | Hearing Date:  January 14, 2026
Hearing Time:  11:30 a.m. |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY
FILED BY DOUG WITT**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW **COURTNEY MICHELLE LINTON** (hereinafter referred to as "Debtor" whether singular or plural) and files this Debtor's Response to the Motion for Relief from Stay (hereinafter referred to as the "Motion") filed by **DOUG WITT,** (hereinafter referred to as "Movant"), and would respectfully show the Court as follows:

DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY - Page 1 of 4

## SPECIFIC ADMISSIONS

1. Debtor admits the allegations contained in paragraph(s) **1, 2, 3, 4, 5 and** 6 of Movant's Motion.

## SPECIFIC DENIALS

2. Debtor denies the allegations contained in paragraph(s) **13 and 14** of Movant's Motion.

## EFFECT OF QUALIFIED DENIAL OR LACK OF ADMISSION

3. Debtor would show the Court that the allegations contained in paragraph(s) **7, 8, 11, 12, 15, 16 and 17** of Movant's Motion either need not be admitted or denied as they do not contain averments of fact to be admitted or denied, or they cannot not be admitted or denied as it calls for Debtor to speculate as to the objectives of Movant. In the event any such allegation is considered factual, then that allegation should be considered denied.

## ELEMENT OF DEBTOR'S DEFENSE

4. There exists cause justifying the denial of Movant's Motion and requested action for the following reasons:

   A. The property is necessary for the effective reorganization of the Debtor because it is the Debtor's residence.

   B. Movant has been, or will be, afforded adequate protection for the following reasons:

      1. Debtor would show the Court that any default may be cured within a reasonable time by payment.

## RIGHT TO AMEND OR SUPPLEMENT RESERVED

5. Debtor reserves the right to amend or supplement this Answer with additional information supported by Debtor's evidence, affidavit and/or amended answer.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Debtor prays that a hearing be set in the instant matter, that Movant's Motion be denied in all respects and that the automatic stay pursuant to §362 of the United States Bankruptcy Code remain in full force and effect, and for such other and further relief to which the Debtor may show themself entitled.

Dated: January 6, 2026

Respectfully submitted,

REAVES & LEE, PLLC

By: /s/Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Misty V. Sheffield
State Bar No. 24067034
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 6, 2026, a true and correct copy of the foregoing Response to Motion For Relief From Stay was served on the following parties in interest by first class mail or electronic notice:

**CHAPTER 13 TRUSTEE**
Thomas Powers
5601 Executive Dr., Suite 300
Irving, TX 75038

**U.S. TRUSTEE**
Office of the United States Trustee
1100 Commerce, Room 976
Dallas, TX 75242

**DEBTOR**
Courtney Michelle Linton
2103 Long Forest Rd.
Heartland, Texas 75126

**OPPOSING COUNSEL**
Clayton L. Everett
515 E. Border St.
Arlington, TX 76010

        By: /s/ Christopher M. Lee
        Christopher M. Lee
        State Bar No. 24041319
        ATTORNEY FOR DEBTOR