Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Misty V. Sheffield
State Bar No. 24067034
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEY FOR DEBTOR(S)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| COURTNEY MICHELLE LINTON | § § § | CASE NO.  25-34175-swe-13 |
| Debtor(s) | § | CHAPTER  13 |

| | | |
|---|---|---|
| DOUG WITT | § | |
| Movant | § § | Hearing date: January 14, 2026 |
| vs. | § § | Hearing time: 11:30 a.m. |
| COURTNEY MICHELLE LINTON | § § | |
| Debtor(s) | § | |

### RESPONDENT/DEBTOR'S AFFIDAVIT

| | | |
|---|---|---|
| STATE OF TEXAS | § § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF KAUFMAN | § | |

BEFORE ME, the undersigned authority, on this day personally appeared COURTNEY MICHELLE LINTON, who after being by me duly sworn and upon oath stated:

1. "The property is necessary for the effective reorganization of the Debtor because it is the Debtor's residence."

2. "As ordered by the Court, I made a rent payment on or before November 21, 2025."

3. "As ordered by the Court, I made a rent payment on or before December 1, 2025."

4. "After receiving notice of the Motion to Lift Stay that was filed on December 23, 2025, I have held my January 2026 payments for both rent and the arrears pending the results of the hearing on January 14, 2026."

5. "I am prepared to cure all remaining post-petition delinquent payments and make the monthly payments to bring my arrears current, as ordered by the Court. Any default will be cured within a reasonable time by payment or by paying an additional sum each month until paid in full."

6. "I fully authorize my Attorney, Reaves and Lee, to enter into an agreement with **DOUG WITT,** on my behalf encompassing and including the terms and conditions as I have submitted above."

7. "I understand I must attend any final hearing on the Motion for Relief from Stay filed by **DOUG WITT,** which may be set in this matter."

8. "The foregoing facts are of my own personal knowledge and belief, and if called upon, I could, and would, testify completely hereto. I declare under penalty of perjury that, to the best of my knowledge, the foregoing facts, are true and correct."

WHEREFORE, Debtor respectfully requests that this Court deny Movant's Motion to Lift Stay.

SIGNED this the 12 day of January, 2026.

/s/ _____
COURTNEY MICHELLE LINTON

SUBSCRIBED AND SWORN TO before me by the above-named Affiant on _Jan 12, 2026_____, to certify which witness my hand and seal of office.



JOSE M MARQUEZ
Notary ID #128242846
My Commission Expires
April 16, 2026

/s/ _____
Notary Public, State of Texas

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 01/08/2026, a true and correct copy of the foregoing *Respondent/Debtor's Affidavit* was served on the following parties in interest by first class mail and/or ECF notification:

Respectfully Submitted,

REAVES & LEE, PLLC

By: /s/Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Misty V. Sheffield
State Bar No. 24067034
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

**CHAPTER 13 TRUSTEE**
Thomas Powers
5601 Executive Dr., Suite 300
Irving, TX 75038