# United States Bankruptcy Court
## Northern District of Texas
## Dallas Division

| | |
|---|---|
| In re:<br>Courtney Michelle Linton,<br><br>Debtor.<br><br><br>Doug Witt,<br>Movant,<br><br>v.<br><br>Courtney Michelle Linton, Debtor, and<br>Thomas Powers, Chapter 13 Trustee,<br>Respondents. | Case No. 25-34175-swe13<br><br>Chapter 13<br><br><br><br><br>Preliminary Hearing Date:<br>*January 14, 2026, at 11:30 a.m.* |

### SUPPLEMENTAL DECLARATION IN SUPPORT OF
### MOTION FOR RELIEF FROM STAY

I, Doug Witt, declare under penalty of perjury:

1. I am the Movant/Landlord in this matter and the owner/lessor of the residential property located at 2103 Long Forest Rd., Heartland, Texas (the "Property"). I have personal knowledge of the facts stated herein and am competent to testify to them.

2. I was present through counsel for the hearing held on November 19, 2025, at which the Court orally ruled that continuation of the automatic stay was conditioned on the Debtor's strict compliance with payment terms, including that beginning January 1, 2026, the Debtor was required to pay (a) the full monthly rent and (b) a monthly cure payment of approximately $611, in good funds, received by me on or before the due date, with no grace period, and that failure to comply would result in the automatic termination of the stay without further order of the Court.

Supplemental Declaration in Support of Motion for Relief - Page 1

3. Prior rent payments from the Debtor were typically made directly to me, including by electronic transfer (Zelle), which reflects immediate receipt when sent.

4. I did not receive from the Debtor any January 2026 rent payment, any January 2026 cure payment, or any partial payment, on or before January 1, 2026.

5. As of the date of this Declaration, I still have not received the January 2026 rent payment or the January 2026 cure payment from the Debtor.

6. I did not refuse or reject any tender of the January 2026 rent or cure payment. No such payment was attempted, delivered, or received.

7. Because the January 2026 rent and cure payments were not received as ordered, the Debtor failed to comply with the Court-imposed conditions for continuation of the automatic stay.

8. I have reviewed the Supplemental Motion for Relief from Stay for accuracy as to matters within my personal knowledge.

**According to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** Executed this 3 day of January, 2026.

_____
Doug Witt

---

Supplemental Declaration in Support of Motion for Relief - Page 2