Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Doug Witt

# United States Bankruptcy Court
## Northern District of Texas
## Dallas Division

| | |
|---|---|
| In re:<br>Courtney Michelle Linton,<br><br>Debtor.<br><br><br>Doug Witt,<br>Movant,<br><br>v.<br><br>Courtney Michelle Linton, Debtor, and<br>Thomas Powers, Chapter 13 Trustee,<br>Respondents. | Case No. 25-34175-swe13<br><br>Chapter 13<br><br><br><br><br>A Preliminary Hearing on the Motion for<br>Relief from Automatic Stay is set:<br>*January 14, 2026, at 11:30 a.m.* |

## **LANDLORD'S NOTICE OF FILING TRANSCRIPT**

PLEASE TAKE NOTICE that Movant Doug Witt hereby files the Transcript of Proceedings from the November 19, 2025 hearing, at which the Court ruled on the Debtor's Motion to Extend the Automatic Stay and Movant's Motion for Relief from Stay. As reflected in the transcript, the Court expressly ordered that:

1) beginning January 1, 2026, the Debtor must pay the full monthly rent plus a monthly cure payment (approximately $611),

2) such payments must be made in good funds and received by the Landlord on or before the due date,

3) no grace period applies, and

4) "if the debtor misses any of these payments going forward, then the stay will lift automatically with no further Court order."

*See* Transcript of Nov. 19, 2025 Hearing at pp. 3-5 and attached hereto as Exhibit C.

The transcript is filed in support of Landlord's pending Supplemental Motion for Relief from the Automatic Stay and Request for Confirmation of Termination of the Automatic Stay [Dkt. No. 37].

Respectfully submitted:

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Telephone: (817) 704-3984
Attorney for the Movant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, a true and correct copy of the above document shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF to Counsel for Debtor(s)*: Christopher Lee, Reaves & Lee, PLLC, 8701 W. Bedford Euless Road, Suite 510, Hurst, TX 76053

*Via CM/ECF to Chapter 13 Trustee:* Thomas Powers, 5601 Executive Dr., Suite 300, Irving, TX 75038

*Via CM/ECF to US Trustee*: United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75202

 */s/ Clayton L. Everett*
Clayton L. Everett