```
 1            IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
 2                       DALLAS DIVISION

 3

 4   IN RE:                    )   BK. NO:  25-34175-SWE

 5                             )

 6   COURTNEY MICHELLE LINTON  )

 7        D E B T O R.         )

 8

 9

10            *  *  *  *  *  *  *  *  *

11              TRANSCRIPT OF PROCEEDINGS

12            *  *  *  *  *  *  *  *  *

13                  (Court's Ruling)

14

15

16

17

18

19

20       BE IT REMEMBERED, that on the 19th day of November,

21   2025, before the HONORABLE SCOTT W. EVERETT, United States

22   Bankruptcy Judge at Dallas, Texas, the above styled and

23   numbered cause came on for hearing, and the following

24   constitutes the transcript of such proceedings as hereinafter

25   set forth:



                    CINDY SUMNER, CSR (214) 802-7196
```

1                  * * * * *

2              THE COURT:  Here's what I'm going to do.  On

3   the motion to extend -- this is the ruling for both the

4   motion to extend the stay and the motion for relief from

5   stay.

6       I'm going to grant the motion to extend with conditions

7   and I'm also going to deny the motion for relief from stay

8   with conditions.  And I'm going to allow the debtor to stay

9   in the house, but this is what the debtor's going to have to

10  do.  November rent has got to be paid this week.  This is

11  Wednesday.  Rent for November needs to be paid by this

12  Friday.

13      Mr. Girling, tell me, I don't have the lease open, rent

14  is due on the 1st of the month?

15              MR. GIRLING:  That is correct -- let me see.

16  That is correct here.  Hang on I've got it right up in front

17  of me.  All right.

18      Yes.  Payments are due on the 1st.  The amount is

19  $2,200.

20              THE COURT:  All right.  So November rent is

21  going to have to be paid by this Friday.  December rent is

22  going to have to be paid timely.  And all -- going forward,

23  you're going to have to pay the monthly rent on time.

24              MS. LINTON:  Yes, sir.  Thank you.

25              THE COURT:  And the arrearages, which is the


                    CINDY SUMNER, CSR (214) 802-7196

1  $11,000, is going to have to be paid over 18 months equal

2  monthly amounts.  Ms. Sheffield, you're going to have to

3  modify the plan, do whatever you need to do.  That should be

4  paid directly to the landlord.  So in other words,

5  starting -- well, the plan, let's see.

6      Starting with January 1st, January 1st going forward,

7  that's going to have to include the regular January rent, and

8  then I can't do math in my head.  The $11,000 divided over 18

9  months, that extra incremental amount each month is going to

10 have to be paid until the back rent is paid in full.  Does

11 that make sense?

12             MR. GIRLING:  Yes, sir.  That would be

13 $611.11.

14      Your Honor, can we -- can we have also in there that

15 the payments are to be made directly to Mr. Witt with

16 certified funds?

17             THE COURT:  Certified funds, like a cashier's

18 check every month?

19             MR. GIRLING:  Yeah.  Cashier's check, money

20 orders.  I know some credit unions used to have teller's

21 checks.  I don't know if they still do that.  It's

22 essentially the same thing.

23             THE COURT:  Have you had a problem with

24 bounced checks before?

25             MR. GIRLING:  I -- I'll have to see.  It's


CINDY SUMNER, CSR (214) 802-7196

1  just late payments, yeah, okay.

2  THE COURT: So I'm just going to say in good
3  funds. The rent has to be paid directly to the landlord in
4  good funds on or before the due date. If there's a bounced
5  check, then that's going to be an immediate default. The
6  rent has to be paid in full each month in good funds,
7  including the arrearages that have to be paid in the prorated
8  amounts starting January 1st until they're paid over 18
9  months.

10  So I'm going to ask Ms. Sheffield to prepare an order
11  on the extend stay. I am going to find that the debtor, even
12  though she's had problems paying this landlord, which I'm
13  addressing by allowing her to cure the arrearages, has
14  otherwise filed the case in good faith. She has full
15  coverage insurance on the car. So I'm going to allow her
16  to -- I'm going to extend the stay with those conditions.

17  And then for the lift stay motion, the stay motion is
18  denied, but it's denied with conditions. In other words, the
19  relief from stay is denied. But if the debtor misses any of
20  these payments going forward, then the stay will lift
21  automatically with no further Court order.

22  Ms. Linton, do you understand the Court's ruling?

23  MS. LINTON: Yes. Thank you so much.

24  THE COURT: Just so that there's no ambiguity,
25  do you know exactly where the rent needs to be this Friday?

CINDY SUMNER, CSR (214) 802-7196

```
 1                 MS. LINTON:  Yes.  Directly to Mr. Witt.
 2                 THE COURT:  Mr. Girling, is there a question
 3  about what that means?  Is there an address?  You really
 4  should -- maybe you and Ms. Sheffield can work out the form
 5  of the order that spells out exactly where the check has to
 6  be delivered.  If you put it in the mail and it doesn't get
 7  there in time, that's not good enough.  It has to be
 8  physically at wherever the location is that you all agree to
 9  in the order.  Can you do that?
10                 MS. LINTON:  Yes, sir.  Previously we've done
11  it via Zelle, so he gets it automatically.
12                 THE COURT:  Zelle --
13                 MS. LINTON:  However --
14                 THE COURT:  Yeah, go ahead.
15                 MS. LINTON:  Sorry.  However you say it can be
16  done.
17                 THE COURT:  It doesn't matter.  It could be
18  Zelle.  It could be --
19                 MR. GIRLING:  Zelle will work for us, Your
20  Honor.  And we'll -- you know, again, it's conditioned so
21  we're -- you know, we're looking at filing the -- we're
22  looking at filing the automatic order on the 2nd if there
23  isn't a payment on the 1st.  So I -- just not to be menacing,
24  but just to make sure there are no surprises.
25                 THE COURT:  Right.  So you have to make that
```

CINDY SUMNER, CSR (214) 802-7196

1   transfer by Zelle or deliver a check.  But the order should

2   make clear that it can be either Zelle or a hand-delivered

3   check in good funds.  If it's a hand-delivered check, please

4   spell out in the order where the check has to be delivered to

5   so that the debtor knows what the options are.  Zelle's the

6   best, because that way it's received -- it's sent and

7   received immediately, if I understand how Zelle works.

8               MS. LINTON:  Can I ask one question?

9               THE COURT:  Sure.

10              MS. LINTON:  You said the first payment is

11  this Friday and then you said December's payment is in a

12  timely manner and then the 1st of the month starts on

13  January.  So basically like since I'm paying like right away

14  on -- like at the end of the month on November, I have a

15  little bit of leeway in December like if I have -- like the

16  15th and then the 1st is like --

17              THE COURT:  No.

18              MS. LINTON:  I just want to make sure that

19  everything is getting in when it's supposed to be and I'm

20  just fully understanding everything.

21              THE COURT:  Right.  So let me --

22              MS. LINTON:  So --

23              THE COURT:  -- let me also --

24              MS. LINTON:  I just wanted a little

25  clarification on that.


                    CINDY SUMNER, CSR (214) 802-7196

```
 1                    THE COURT:  Sure.  So November rent in the
 2   full amount is due this Friday.  December rent in the full
 3   amount is due on December 1st.  January rent is also due on
 4   January 1st.  But starting January, that's when you're going
 5   to have to add the extra whatever it is, $600 and change.
 6   It's going to be 2,200 plus 6 and change starting January
 7   1st.
 8                    MS. SHEFFIELD:  Can I clarify one thing?
 9        When you say -- are we -- we're putting the arrearage
10   is still being paid in the plan, correct?  Or we're paying
11   all of it direct?  I'm sorry.
12                    THE COURT:  Yeah.  I would rather those be
13   paid direct.
14                    MS. SHEFFIELD:  Absolutely.  We will do that.
15                    THE COURT:  So hopefully that's clear.
16                    MS. SHEFFIELD:  Yes, Your Honor.
17                    THE COURT:  November rent is due this Friday.
18   December rent is due December 1st.  January rent is due
19   December 1st -- January 1st.  But included in the January
20   rent is going to be the first -- you know, the first prorated
21   amount, the 600 and change.  So I'll let Ms. Sheffield and
22   Mr. Girling work on the form of order.  Hopefully the debtor
23   understands what the obligations are.
24        If you have any questions, check with Ms. Sheffield,
25   all right?
```

                    CINDY SUMNER, CSR (214) 802-7196

1        MS. LINTON:  Yes.  Thank you so much.
2              (End of Court's Ruling.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25


                CINDY SUMNER, CSR (214) 802-7196

1               C E R T I F I C A T E

2        I, CINDY SUMNER, do hereby certify that the

3   foregoing constitutes a full, true, and complete

4   transcription of the proceedings as heretofore set forth in

5   the above-captioned and numbered cause in typewriting before

6   me.

7

8

9

10

11

12

13

14

15                          _____

16                          CINDY SUMNER, CSR #5832
                            Expires 10-31-2026
17                          Cindy Sumner, CSR
                            5001 Vineyard Lane
18                          McKinney, Texas 75070
                            214 802-7196
19

20

21

22

23

24

25


                CINDY SUMNER, CSR (214) 802-7196