

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 22, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:  Case No. 25-34175-SWE-13
COURTNEY MICHELLE LINTON
    Debtor

---

**Order Denying Confirmation**

---

On January 15, 2026 , came on for consideration the Confirmation of the plan filed November 06, 2025 by the Debtor.

The Court finds that good cause exists for the entry of this Order;  it is therefore

**ORDERED THAT** Confirmation is hereby denied.

Order Denying Confirmation, Page 2
25-34175-SWE-13
COURTNEY MICHELLE LINTON

### End of Order ###

Signed: /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar # 16218700

Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200 / (214) 965-0757 (Fax)