**Office of the Standing Chapter 13 Trustee**
**5601 Executive Dr.**
**Suite 300**
**Irving, TX  75038**
**(214) 855-9200**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**IN RE:**  
**COURTNEY MICHELLE LINTON**  
       **Debtor**

Case No:  25-34175-SWE-13

Hearing Date:  02/26/2026

### Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on **02/26/2026. Pre-hearing conferences will be held by phone and email the week of 02/26/2026.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 02/25/2026.

Any objection to the Debtor's Plan not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 02/26/2026 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Everett - https://us-courts.webex.com/meet/everett**
**Access Webex instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

    **Debtor:**     COURTNEY MICHELLE LINTON, 2103 LONG FOREST RD, FORNEY, TX  75126
    **Attorney:**     REAVES AND LEE PLLC, 4228 NORTH CENTRAL EXPRESSWAY 340, DALLAS, TX  75206
    **Court:**     CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242
    **Trustee:**     TRUSTEE'S OFFICE, 5601 EXECUTIVE DR., SUITE 300, IRVING TX 75038

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 25-34175-SWE-13**
**COURTNEY MICHELLE LINTON**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

- Debtor: COURTNEY MICHELLE LINTON, 2103 LONG FOREST RD, FORNEY, TX 75126
- Attorney: REAVES AND LEE PLLC, 4228 NORTH CENTRAL EXPRESSWAY 340, DALLAS, TX 75206
- Creditors:
  - ATTORNEY GENERAL OF TEXAS, 1600 PACIFIC, STE 700, DALLAS, TX 75201**
  - ATTORNEY GENERAL OF TEXAS, 400 S ZANG, STE 1100, DALLAS, TX 75208**
  - CAPITAL BANK NA, 2275 RESEARCH BLVD STE 600, ROCKVILLE, MD 20850-6238
  - CAPITAL BANK, RESURGENT CAPITAL SERVICES, PO BOX 10368, GREENVILLE, SC 29603
  - CORNERSTONE, PO BOX 82561, LINCOLN, NE 68501-2561
  - DOUGLAS WITT, 6224 MEMORIAL DR, FRISCO, TX 75034
  - DOUGLAS WITT, 8224 MEMORIAL DR, PLANO, TX 75024
  - FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107**
  - INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317**
  - INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346**
  - JUSTICE OF THE PEACE PRECINCT 4, KAUFMAN COUNTY TEXAS, PO BOX 729, KAUFMAN, TX 75142-0729
  - LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 MAPLE AVE, SUITE 800, DALLAS, TX 75219
  - LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-5207**
  - LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603**
  - OFFICE OF THE ATTORNEY GENERAL, MAIN JUSTICE BUILDING ROOM 5111, 10TH & CONSTITUTION AVE NW, WASHINGTON, DC 20530
  - PORTFOLIO RECOVERY ASSOCIATES, BY PRA RECEIVABLES MANAGEMENT, PO BOX 12914, NORFOLK, VA 23541**
  - PORTFOLIO RECOVERY ASSOCIATES, BY PRA RECEIVABLES MANAGEMENT, PO BOX 41067, NORFOLK, VA 23541**
  - RECEIVABLE MANAGEMENT SERVICES, 240 EMERY ST, BETHLEHEM, PA 18015 ##
  - SANTANDER CONSUMER USA INC, PO BOX 560284, DALLAS, TX 75356-0284**
  - SANTANDER CONSUMER USA, PO BOX 961245, FT WORTH TEXAS 76161**
  - SCOLOPAX, WEINSTEIN & RILEY, 749 GATEWAY STE G601, ABILENE, TX 79602
  - SCOLOPAX, WEINSTEIN & RILEY, PO BOX 93024, LAS VEGAS, NV 89193-3024
  - STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX 78711**
  - SUNBIT INC, ATTN LEGAL AND COMPLIANCE, PO BOX 24010, LOS ANGELES, CA 90024-0010
  - TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711-3127**
  - TEXAS EMPLOYMENT COMMISSION, TEC BUILDING BANKRUPTCY, 101 E 15TH STREET, AUSTIN, TX 78778**
  - TEXAS WORKFORCE COMMISSION, TEC BUILDING- BANKRUPTCY, 101 EAST 15TH ST, AUSTIN, TX 78778**
  - VANCE AND HUFFMAN LLC, 55 MONETTE PKWY STE 100, SMITHFIELD, VA 23430-2577**

** Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 01/26/2026

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700