Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                              CASE NO:  25-34175-SWE-13
**COURTNEY MICHELLE LINTON**
        **DEBTOR**

**TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION**

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtor, and would respectfully show the Court as follows:

The Trustee asserts that the Plan does not meet the requirements of 11 U.S.C. §1325(a)(6), which is known as the "feasibility test."

- Debtor is delinquent on Plan payments.
- The Trustee requests proof of second job income as a volleyball club director.

The Trustee requests a stipulation on the confirmation order that Debtor agrees to have special counsel for employment dispute and landlord dispute hired in the bankruptcy. The Debtor understands she cannot settle these matters without getting court approval.

Debtor has not provided a wage directive.

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

**Trustee's Objection To Confirmation, Page 2**
**Case # 25-34175-SWE-13**
**COURTNEY MICHELLE LINTON**

                                          Respectfully submitted,
                                          THOMAS D. POWERS, CHAPTER 13 TRUSTEE

                                          By: /s/ Tara Tankersley
                                          _____

                                          Tara Tankersley
                                          State Bar No. 19636900
                                          Attorney For Tom Powers
                                          5601 Executive Dr.
                                          Suite 300
                                          Irving, TX  75038
                                          (214) 855-9200
                                          Fax: (214) 965-0758

**Trustee's Objection To Confirmation, Page 3**
**Case # 25-34175-SWE-13**
**COURTNEY MICHELLE LINTON**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Trustee's Objection To Confirmation** was served on the following parties at the addresses listed below by United States First Class Mail and/or by electronic service .

Debtor:   COURTNEY MICHELLE LINTON, 2103 LONG FOREST RD, FORNEY, TX  75126

Attorney:   REAVES AND LEE PLLC, 4228 NORTH CENTRAL EXPRESSWAY 340, DALLAS, TX  75206

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  February 17, 2026         By:  /s/ Tara Tankersley