

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 5, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:  
COURTNEY MICHELLE LINTON  
    Debtor

Case No. 25-34175-SWE-13

---

**Order Denying Confirmation**

---

On February 26, 2026 , came on for consideration the Confirmation of the plan filed December 18, 2025 by the Debtor.

The Court finds that good cause exists for the entry of this Order; it is therefore

**ORDERED THAT** Confirmation is hereby denied.

Order Denying Confirmation,  Page 2
25-34175-SWE-13
COURTNEY MICHELLE LINTON

### End of Order ###

Signed:       /s/ Thomas D. Powers
              Thomas D. Powers, Trustee
              State Bar # 16218700

Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200 / (214) 965-0757  (Fax)