

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 2, 2026**

_____
**United States Bankruptcy Judge**

_____

In the United States Bankruptcy Court
For the Northern District of Texas
DALLAS DIVISION

In Re:                                                                 Case No. 25-34175-SWE-13
COURTNEY MICHELLE LINTON
        Debtor

---

### Order Dismissing Chapter 13 Case Without Prejudice Pursuant to TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO OBTAIN CONFIRMATION AND/OR REDUCE ATTORNEY FEES

---

On March 26, 2026, came to be heard Trustee's Motion to Dismiss Case for Failure to Obtain Confirmation and/or Reduce Attorney Fees.  It appears to the Court that due notice has been given to Debtor and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled.  It further appearing that dismissal of this case is in the best interest of the creditors of the estate;

**IT IS THEREFORE, ORDERED** that the above case be, and hereby is **DISMISSED, WITHOUT PREJUDICE;**

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. Section 1326 (a) (2) or applicable Standing Orders, and file the Trustee's Final Report and Account; and

Order Dismissing Chapter 13 Case Pursuant to Standing Order 2026-01, Page 2
25-34175-SWE-13
COURTNEY MICHELLE LINTON

 **IT IS FURTHER ORDERED**, that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this order.

**### End of Order ###**

Approved:   /s/ Thomas D. Powers

Thomas D. Powers, Trustee
State Bar # 16218700
Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200 / (214) 965-0756  (Fax)