United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 25-34175-swe

Courtney Michelle Linton                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3                        User: admin                                    Page 1 of 4

Date Rcvd: Apr 02, 2026                    Form ID: pdf022                              Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                the notice recipient was advised to update its address with the court immediately.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Courtney Michelle Linton, 2103 Long Forest Rd., Forney, TX 75126-4799 |
| 23027948 | + | Douglas Witt, 6224 Memorial Dr., Frisco, TX 75034-7267 |
| 23027956 | + | Justice of The Peace, Precinct 4, Kaufman County,, PO Box 729, Kaufman, TX 75142-0729 |
| 23027955 | + | Justice of the Peace, Pct 4, Kaufman County, Texas, PO Box 729, Kaufman, TX 75142-0729 |
| 23027961 | + | Reaves & Lee, PLLC, 4228 North Central Expressway 340, Dallas, TX 75206-6547 |
| 23027966 | + | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy PO Box 24, Los Angeles, CA 90078-0024 |
| 23027973 | + | United States Attorney - North, 1100 Commerce St., Third Floor, Dallas, TX 75242-1001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23027943 | + | Email/Text: CSD-BankSO@oag.texas.gov | Apr 02 2026 21:42:00 | Attorney General, PO Box 12017, Austin, TX 78711-2017 |
| 23027944 | + | Email/Text: Bank4@oag.texas.gov | Apr 02 2026 21:42:00 | Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |
| 23029707 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 02 2026 21:41:20 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 23027945 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 02 2026 21:41:05 | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 23027946 | ^ | MEBN | Apr 02 2026 21:37:03 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 23027947 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2026 21:41:20 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 23027949 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 02 2026 21:41:29 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 23027950 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 02 2026 21:42:00 | Internal Revenue Service, IRS - SBSE Insolvency Area 10, 1100 Commerce St., MC 5026 DAL, Dallas, TX 75242-1100 |
| 23027953 | ^ | MEBN | Apr 02 2026 21:37:26 | Internal Revenue Service, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711-3528 |
| 23043247 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2026 21:41:07 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23045157 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2026 21:41:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0539-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: pdf022 | Total Noticed: 37 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 23027958 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 02 2026 21:42:00 | Linebarger Goggan Blair et al, 2777 N Stemmons Freeway 1100, Dallas, TX 75207-2513 |
| 23027957 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 02 2026 21:42:00 | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 23027959 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 02 2026 21:42:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Fwy., Suite 1000, Dallas, TX 75207-2328 |
| 23027960 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 02 2026 21:42:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 23103452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2026 21:41:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK VA 23541 |
| 23027961 | ^ | MEBN | Apr 02 2026 21:37:16 | Reaves & Lee, PLLC, 4228 North Central Expressway 340, Dallas, TX 75206-6547 |
| 23027962 | ^ | MEBN | Apr 02 2026 21:35:33 | Receivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 23027963 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 02 2026 21:42:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 23086827 | + | Email/Text: bncmail@w-legal.com | Apr 02 2026 21:42:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 23027964 | | Email/Text: pacer@cpa.state.tx.us | Apr 02 2026 21:43:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Ecleto, TX 78111 |
| 23027965 | | Email/Text: pacer@cpa.state.tx.us | Apr 02 2026 21:43:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 23027970 | | Email/Text: pacer@cpa.state.tx.us | Apr 02 2026 21:43:00 | Texas Comptroller of Public Accounts, PO Box 13528, Austin, TX 78711 |
| 23027967 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Apr 02 2026 21:43:00 | Texas Alcohol Beverage Commission, Licenses & Permits Divsion, PO Box 13127, Austin, TX 78711-3127 |
| 23027968 | | Email/Text: bankruptcyclerk@tabc.texas.gov | Apr 02 2026 21:43:00 | Texas Alcohol Beverage Commission, Licenses & Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23027971 | + | Email/Text: collections.pacer@twc.texas.gov | Apr 02 2026 21:43:00 | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23246887 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 02 2026 21:42:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 23027974 | ^ | MEBN | Apr 02 2026 21:36:00 | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 23027976 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 02 2026 21:42:00 | United States Trustee, 1100 Commerce St., Room 9C60, Dallas, TX 75242-9998 |
| 23027975 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 02 2026 21:42:00 | United States Trustee, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |
| 23027977 | + | Email/Text: webadmin@vhllc.co | Apr 02 2026 21:43:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 31

# BYPASSED RECIPIENTS

District/off: 0539-3                        User: admin                                 Page 3 of 4

Date Rcvd: Apr 02, 2026                     Form ID: pdf022                             Total Noticed: 37

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23048365 | *+ | Attorney General, PO Box 12017, Austin, TX 78711-2017 |
| 23048366 | *+ | Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |
| 23048367 | *+ | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 23048368 | *+ | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 23048369 | *+ | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 23048370 | *+ | Douglas Witt, 6224 Memorial Dr., Frisco, TX 75034-7267 |
| 23048371 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 23027951 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 23048373 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 23027954 | *+ | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23048376 | *+ | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23027952 | * | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23048374 | * | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23048372 | *+ | Internal Revenue Service, IRS - SBSE Insolvency Area 10, 1100 Commerce St., MC 5026 DAL, Dallas, TX 75242-1100 |
| 23048375 | *+ | Internal Revenue Service, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711-3528 |
| 23048378 | *+ | Justice of The Peace, Precinct 4, Kaufman County,, PO Box 729, Kaufman, TX 75142-0729 |
| 23048377 | *+ | Justice of the Peace, Pct 4, Kaufman County, Texas, PO Box 729, Kaufman, TX 75142-0729 |
| 23048380 | *+ | Linebarger Goggan Blair et al, 2777 N Stemmons Freeway 1100, Dallas, TX 75207-2513 |
| 23048379 | *+ | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 23048381 | *+ | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Fwy., Suite 1000, Dallas, TX 75207-2328 |
| 23048382 | *+ | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 23048383 | *+ | Reaves & Lee, PLLC, 4228 North Central Expressway 340, Dallas, TX 75206-6547 |
| 23048384 | *+ | Receivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 23048385 | *+ | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 23048386 | * | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Ecleto, TX 78111 |
| 23048388 | *+ | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy PO Box 24, Los Angeles, CA 90078-0024 |
| 23048387 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 23048392 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, Texas Comptroller of Public Accounts, PO Box 13528, Austin, TX 78711 |
| 23048389 | *+ | Texas Alcohol Beverage Commission, Licenses & Permits Divsion, PO Box 13127, Austin, TX 78711-3127 |
| 23048390 | * | Texas Alcohol Beverage Commission, Licenses & Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23027969 | * | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23048391 | * | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23027972 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th St., Austin, TX 78778-0001 |
| 23048394 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th St., Austin, TX 78778-0001 |
| 23048393 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23048395 | *+ | United States Attorney - North, 1100 Commerce St., Third Floor, Dallas, TX 75242-1001 |
| 23048396 | *+ | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 23048398 | *+ | United States Trustee, 1100 Commerce St., Room 9C60, Dallas, TX 75242-9998 |
| 23048397 | *+ | United States Trustee, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |
| 23048399 | *+ | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 0 Undeliverable, 40 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0539-3 | User: admin | Page 4 of 4
Date Rcvd: Apr 02, 2026 | Form ID: pdf022 | Total Noticed: 37

Date: Apr 04, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Christopher Marvin Lee

on behalf of Debtor Courtney Michelle Linton ecf@reaveslee.com
ecf@reaveslee.com;ecf@leebankruptcy.com;clerk@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net

Clayton Everett

on behalf of Creditor Doug Witt clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.
com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Leonard Marc-Charles Girling

on behalf of Creditor Doug Witt marc.girling@gmail.com  lorrik.girling@gmail.com

Thomas Powers

cmecf@dallasch13.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

TOTAL: 5





**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 2, 2026**

**United States Bankruptcy Judge**

_____

In the United States Bankruptcy Court
For the Northern District of Texas
DALLAS DIVISION

In Re:                                                                    Case No. 25-34175-SWE-13
COURTNEY MICHELLE LINTON
      Debtor

---

### Order Dismissing Chapter 13 Case Without Prejudice Pursuant to TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO OBTAIN CONFIRMATION AND/OR REDUCE ATTORNEY FEES

---

On March 26, 2026, came to be heard Trustee's Motion to Dismiss Case for Failure to Obtain Confirmation and/or Reduce Attorney Fees. It appears to the Court that due notice has been given to Debtor and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled. It further appearing that dismissal of this case is in the best interest of the creditors of the estate;

**IT IS THEREFORE, ORDERED** that the above case be, and hereby is **DISMISSED, WITHOUT PREJUDICE;**

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. Section 1326 (a) (2) or applicable Standing Orders, and file the Trustee's Final Report and Account; and

Order Dismissing Chapter 13 Case Pursuant to Standing Order 2026-01,  Page 2
25-34175-SWE-13
COURTNEY MICHELLE LINTON

 **IT IS FURTHER ORDERED**, that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this order.

### End of Order ###

Approved:    /s/ Thomas D. Powers
_____
Thomas D. Powers, Trustee
State Bar # 16218700
Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX  75038
(214) 855-9200 / (214) 965-0756  (Fax)