United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-34175-swe |
| Courtney Michelle Linton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 29, 2026 | Form ID: pdf013 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Courtney Michelle Linton, 2103 Long Forest Rd., Forney, TX 75126-4799 |
| cr | + | Doug Witt, 6224 Memorial Dr., Frisco, TX 75034-7267 |
| 23027948 | + | Douglas Witt, 6224 Memorial Dr., Frisco, TX 75034-7267 |
| 23027956 | + | Justice of The Peace, Precinct 4, Kaufman County,, PO Box 729, Kaufman, TX 75142-0729 |
| 23027955 | + | Justice of the Peace, Pct 4, Kaufman County, Texas, PO Box 729, Kaufman, TX 75142-0729 |
| 23027966 | + | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy PO Box 24, Los Angeles, CA 90078-0024 |
| 23027973 | + | United States Attorney - North, 1100 Commerce St., Third Floor, Dallas, TX 75242-1001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23027943 | + | Email/Text: CSD-BankSO@oag.texas.gov | Apr 29 2026 21:44:00 | Attorney General, PO Box 12017, Austin, TX 78711-2017 |
| 23027944 | + | Email/Text: Bank4@oag.texas.gov | Apr 29 2026 21:44:00 | Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |
| 23029707 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 21:41:52 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 23027945 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2026 21:41:41 | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 23027946 | ^ | MEBN | Apr 29 2026 21:40:47 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 23027947 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2026 21:41:41 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 23027949 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 29 2026 21:42:18 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 23027950 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2026 21:45:00 | Internal Revenue Service, IRS - SBSE Insolvency Area 10, 1100 Commerce St., MC 5026 DAL, Dallas, TX 75242-1100 |
| 23027953 | ^ | MEBN | Apr 29 2026 21:40:35 | Internal Revenue Service, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711-3528 |
| 23043247 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 21:53:18 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23045157 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2026 21:53:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0539-3 | User: admin | Page 2 of 4
Date Rcvd: Apr 29, 2026 | Form ID: pdf013 | Total Noticed: 38

| 23027958 | + | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | | Apr 29 2026 21:45:00 | Linebarger Goggan Blair et al, 2777 N Stemmons Freeway 1100, Dallas, TX 75207-2513 |
| 23027957 | + | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | | Apr 29 2026 21:45:00 | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 23027959 | + | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | | Apr 29 2026 21:45:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Fwy., Suite 1000, Dallas, TX 75207-2328 |
| 23027960 | + | Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | | Apr 29 2026 21:45:00 | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 23103452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 29 2026 21:41:54 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK VA 23541 |
| 23027961 | ^ | MEBN | | |
| | | | Apr 29 2026 21:41:03 | Reaves & Lee, PLLC, 4228 North Central Expressway 340, Dallas, TX 75206-6547 |
| 23027962 | ^ | MEBN | | |
| | | | Apr 29 2026 21:39:28 | Receivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 23027963 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Apr 29 2026 21:45:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 23086827 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Apr 29 2026 21:45:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 23027964 | | Email/Text: pacer@cpa.state.tx.us | | |
| | | | Apr 29 2026 21:45:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Ecleto, TX 78111 |
| 23027965 | | Email/Text: pacer@cpa.state.tx.us | | |
| | | | Apr 29 2026 21:45:00 | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 23027970 | | Email/Text: pacer@cpa.state.tx.us | | |
| | | | Apr 29 2026 21:45:00 | Texas Comptroller of Public Accounts, PO Box 13528, Austin, TX 78711 |
| 23027967 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | | |
| | | | Apr 29 2026 21:45:00 | Texas Alcohol Beverage Commission, Licenses & Permits Divsion, PO Box 13127, Austin, TX 78711-3127 |
| 23027968 | | Email/Text: bankruptcyclerk@tabc.texas.gov | | |
| | | | Apr 29 2026 21:45:00 | Texas Alcohol Beverage Commission, Licenses & Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23027971 | + | Email/Text: collections.pacer@twc.texas.gov | | |
| | | | Apr 29 2026 21:45:00 | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23246887 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Apr 29 2026 21:45:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 23027974 | ^ | MEBN | | |
| | | | Apr 29 2026 21:40:11 | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 23027976 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | | Apr 29 2026 21:45:00 | United States Trustee, 1100 Commerce St., Room 9C60, Dallas, TX 75242-9998 |
| 23027975 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | | Apr 29 2026 21:45:00 | United States Trustee, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |
| 23027977 | + | Email/Text: webadmin@vhllc.co | | |
| | | | Apr 29 2026 21:45:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 31

# BYPASSED RECIPIENTS

| District/off: 0539-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: pdf013 | Total Noticed: 38 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23048365 | *+ | Attorney General, PO Box 12017, Austin, TX 78711-2017 |
| 23048366 | *+ | Attorney General of Texas, Bankruptcy Section, 400 South Zang, Ste 1100, Dallas, TX 75208-6646 |
| 23048367 | *+ | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 23048368 | *+ | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 23048369 | *+ | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 23048370 | *+ | Douglas Witt, 6224 Memorial Dr., Frisco, TX 75034-7267 |
| 23048371 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 23027951 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 23048373 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency, PO Box 21126, Philadelphia, PA 19114 |
| 23027954 | *+ | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23048376 | *+ | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23027952 | * | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23048374 | * | Internal Revenue Service, Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23048372 | *+ | Internal Revenue Service, IRS - SBSE Insolvency Area 10, 1100 Commerce St., MC 5026 DAL, Dallas, TX 75242-1100 |
| 23048375 | *+ | Internal Revenue Service, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711-3528 |
| 23048378 | *+ | Justice of The Peace, Precinct 4, Kaufman County,, PO Box 729, Kaufman, TX 75142-0729 |
| 23048377 | *+ | Justice of the Peace, Pct 4, Kaufman County, Texas, PO Box 729, Kaufman, TX 75142-0729 |
| 23048380 | *+ | Linebarger Goggan Blair et al, 2777 N Stemmons Freeway 1100, Dallas, TX 75207-2513 |
| 23048379 | *+ | Linebarger Goggan Blair et al, 2323 Bryan 1600, Dallas, TX 75201-2637 |
| 23048381 | *+ | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Fwy., Suite 1000, Dallas, TX 75207-2328 |
| 23048382 | *+ | Linebarger, Goggan, Blair & Sampson, LLC, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
| 23048383 | *+ | Reaves & Lee, PLLC, 4228 North Central Expressway 340, Dallas, TX 75206-6547 |
| 23048384 | *+ | Receivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 23048385 | *+ | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 23048386 | * | State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Ecleto, TX 78111 |
| 23048388 | *+ | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy PO Box 24, Los Angeles, CA 90078-0024 |
| 23048387 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, State Comptroller, Revenue Accounting Div Bankruptcy, PO Box 13528, Austin, TX 78711 |
| 23048392 | *P++ | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION, PO BOX 13528, AUSTIN TX 78711-3528, address filed with court:, Texas Comptroller of Public Accounts, PO Box 13528, Austin, TX 78711 |
| 23048389 | *+ | Texas Alcohol Beverage Commission, Licenses & Permits Divsion, PO Box 13127, Austin, TX 78711-3127 |
| 23048390 | * | Texas Alcohol Beverage Commission, Licenses & Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23027969 | * | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23048391 | * | Texas Alcohol Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23027972 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th St., Austin, TX 78778-0001 |
| 23048394 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th St., Austin, TX 78778-0001 |
| 23048393 | *+ | Texas Employment Commission, TEC Building - Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23048395 | *+ | United States Attorney - North, 1100 Commerce St., Third Floor, Dallas, TX 75242-1001 |
| 23048396 | *+ | United States Attorney General, Main Justice Building, 10th and Constitution Ave 5111, Washington, DC 20530-0001 |
| 23048398 | *+ | United States Trustee, 1100 Commerce St., Room 9C60, Dallas, TX 75242-9998 |
| 23048397 | *+ | United States Trustee, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |
| 23048399 | *+ | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 0 Undeliverable, 40 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0539-3

User: admin

Page 4 of 4

Date Rcvd: Apr 29, 2026

Form ID: pdf013

Total Noticed: 38

Date: May 01, 2026

Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Marvin Lee | on behalf of Debtor Courtney Michelle Linton ecf@reaveslee.com<br>ecf@reaveslee.com;ecf@leebankruptcy.com;clerk@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net |
| Clayton Everett | on behalf of Creditor Doug Witt clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Leonard Marc-Charles Girling | on behalf of Creditor Doug Witt marc.girling@gmail.com  lorrik.girling@gmail.com |
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5

Office of the Standing Chapter 13 Trustee
5601 Executive Dr.
Suite 300
Irving, TX 75038
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                          CASE NO:  25-34175-SWE-13
COURTNEY MICHELLE LINTON
          DEBTOR

### NOTICE OF FILING FINAL REPORT AND ACCOUNT BY TRUSTEE

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Thomas D. Powers, Chapter 13 Trustee has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered . The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT , 1100 COMMERCE, ROOM 12-DALLAS, TEXAS, 75242-1496 and is available for review at **https://ecf.txnb.uscourts.gov/**.  A summary of the report is as follows:

| | |
|---|---|
| Petition Date | Oct 23, 2025 |
| Confirmation Date | NA |
| Disposition | dismissed |
| Date Closed | Apr 02, 2026 |
| # of Months Case was Pending | 6 |
| Amt of unsecured claims discharged without payment * | $0.00 |
| | |
| Total Paid by or on behalf of Debtor | $2,100.00 |
| Less amount Refunded to Debtor | $0.00 |
| **Net Receipts** | **$2,100.00** |

| | **Principal** | **Interest** |
|---|---|---|
| Total Secured Disbursements | $847.66 | $0.00 |
| Total Priority Disbursements | $0.00 | $0.00 |
| General Unsecured Disbursements | $0.00 | $0.00 |
| | | |
| Expenses of Administration ** | $1,252.34 | |
| Disbursements to Creditors | $847.66 | |
| **Total Disbursements** | **$2,100.00** | |

* THE INFORMATION REFLECTED IN THE FINAL REPORT AS TO THE DISCHARGE OF CLAIMS IS NOT INTENDI RENDER AN OPINION AS TO WHETHER ANY SPECIFIC DEBT IS, OR IS NOT, DISCHARGED.  ONLY THE COURT ISSUE AN ORDER DETERMINING THE DISCHARGEABILITY OF ANY DEBT OR DEBTS .

** Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

 Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated .

Dated:  04/27/2026                                          /s/ Thomas D. Powers

                                                           Standing Chapter 13 Trustee
                                                           By:  Jolene Harris